MELVIN M. HIRSCH v. ALFRED B. VAN BAALEN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

HYMAN LIPSHIRES v. SOLOMON NOVECK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ABRAM C. WISNER v. EDWARD H. JEWETT.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

JOHN A. MCCARTHY v. WILLIAM WIRT MILLS, as Commissioner, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

A. LEOPOLD AUERBACH and Others v. IRVING BANK-COLUMBIA TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

A.· LEOPOLD AUERBACH and Others v. IRVING BANK-COLUMBIA TRUST COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

CLARENCE I. HAMILTON v. WILLIAM A. DROGO MONTAGU, Duke of Manchester, Defendant. UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee, etc., Appellant.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of JAMES D. YOUNG, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of JAMES D. YOUNG, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR F. BRODERICK v. HENRY M. GOLDFOGLE and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TEMPLE T. BERDAN v. HENRY M. GOLDFOGLE and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DALLAS B. PRATT v. HENRY M. GOLDFOGLE and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PEABODY, HOUGHTELING & Co. v. HENRY M. GOLDFOGLE and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. PHILIP BENKARD v. HENRY M. GOLDFOGLE and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES W. BONNER v. HENRY M. GOLDFOGLE and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANKERS COMMERCIAL SECURITY CO., INC., v. HENRY M. GOLDFOGLE and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES TALCOTT, INC., v. HENRY M. GOLDFOGLE and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.